```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> (Rural Development)<br>     Plaintiff<br><br>         v.<br><br>DINORAH FORTIER AVILES<br>     Defendant | CIVIL NO. 06-1440(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER OF DISMISSAL AND FOR CANCELLATION OF LIS PENDENS**

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that this case be dismissed without prejudice and that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be canceled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Ponce I, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

> URBANA: Solar Seis (6) del Bloque "C" radicado en la Urbanización Las Alondras, situada en el Barrio Villalba Arriba del Municipio de Villalba, con un área de QUINIENTOS CUARENTA Y CINCO PUNTO DIECIOCHO METROS CUADRADOS (545.18 m/c). En lindes por el NORTE en Treintinueve punto Setenta y Tres metros (39.73) con el solar C-Cinco (C-5); SUR en Cuarenta punto Setenta y Cuatro metros (40.74) con el solar C-Siete (C-7); ESTE en Trece metros (13.00) con la calle Dos (2) y por el OESTE en Catorce punto Once metros (14.11) con "Puerto Rico Water Resources Authority Right of Way".
>
> Enclava una casa de contrato para residencia de una familia.

United States v. Dinorah Fortier Aviles
Civil No. 06-1440(JAF)
Page 2

Plaintiff's mortgage was recorded at page 158$^{rs}$; volume 70 of Villalba, property number 3132, 1st inscription, at the Registry of the Property of Ponce Section I, Puerto Rico.

In San Juan, Puerto Rico, this 13th day of June, 2006.


S/JOSE ANTONIO FUSTE

UNITED STATES DISTRICT JUDGE